UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WELLS FARGO BANK,<br><br>　　　　　　Plaintiff,<br>　v.<br>EDMOND J. LAPEEN, *et al.*,<br>　　　　　　Defendants.<br>_____/ | No. C 11-01932 LB<br><br>**ORDER VACATING MOTION HEARING**<br><br>[ECF Nos. 4 and 5] |

Pursuant to its discretion under Local Rule 7-1(b), the court determines that this matter is appropriate for resolution without oral argument. The court **VACATES** the motion hearing set for June 2, 2011.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-01932 LB
ORDER VACATING MOTION HEARING